**1165 DOUBLE vs. BOARD OF SUPERVISORS** (Montmorency), No. 13498, 96 M., 39.

To compel the board to re-convene and canvass the votes cast upon the question of the removal of the county seat, and determine the result.

The order applied for was denied, and an order was granted, on the counter prayer of respondent, requiring the inspectors of election of certain townships, who are charged in the answer with fraudulently omitting to make true and correct returns, to show cause why they should not be compelled to make such returns.

Decided June 30, 1893.

**1166 PINKERTON vs. BOARD OF CANVASSERS** (Montmorency), No. 14163, 101 M., 273.

To compel respondent to convene as a board of canvassers, and canvass all the votes cast at a certain election held in said county, upon the question of the removal of the county seat, their prior determination, that said proposition had not been carried, being based upon the rejection of the vote of a certain township.

Denied June 26, 1894, with costs.

Held, that the action of the board, under How. Stat., Sec. 491, is conclusive, and no judicial review thereof is provided by law.